UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21mj03229 Becerra

UNITED STATES OF AMERICA

vs.

WILLIAM JOHN HARTNETT,

    Defendant.
_____/

FILED BY mdc D.C.
Jun 24, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami, Florida

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?     No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?     No

                                            Respectfully submitted,

                                            JUAN ANTONIO GONZALEZ
                                            ACTING UNITED STATES ATTORNEY

                       BY:    */s/ Hayden P. O'Byrne*
                                HAYDEN P. O'BYRNE
                                Assistant United States Attorney
                                Fla. Bar No. 60024
                                99 Northeast 4th Street
                                Miami, Florida 33132
                                Tel: (305) 961-9447
                                Hayden.obyrne@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>WILLIAM JOHN HARTNETT<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:21mj03229 Becerra<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 6, 2021  in the county of  Miami-Dade  in the
Southern  District of  Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | interstate transmission of a threat to injure another |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Sophak Thach, Special Agent FBI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by  Telephone

Date:  June 24, 2021 at 1:21 p.m.

_____
*Judge's signature*

City and state:  Miami, Florida   Hon. Jacqueline Becerra U.S. Magistrate Judge
*Printed name and title*

## SEALED AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Sophak Thach, being duly sworn, do hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), United States Department of Justice, currently assigned to the Joint Terrorism Task Force (JTTF) of the FBI Miami Field Division. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of United States who is empowered by law to conduct investigations of and make arrests for violations of Title 18 of the United State Code.

2.  I have been a Special Agent with the FBI since June of 2008. Among my duties as a Special Agent, I am responsible for the investigation of a variety of violations of federal laws related directly to threats to life and stalking. I also have received extensive training as a Crisis Negotiator.

3.  I am familiar with the facts and circumstances set forth in this affidavit as a result of my participation in the investigation, and my experience, training, and background as a Special Agent with the FBI. The information contained within this affidavit is based upon my personal knowledge, as well as information and documentation that I obtained from other law enforcement officers and civilian witnesses who have first-hand knowledge of the events described herein.

4.  I submit this affidavit for the limited purpose of establishing probable cause, that on or about April 6, 2021, defendant William John Hartnett ("HARTNETT") violated Title 18, United States Code, Section 875(c) by transmitting in interstate and foreign commerce a communication threating to injure the person of another.

## PROBABLE CAUSE

5. On or about April 6, 2021, HARTNETT called the Minnesota Police and Peace Officers Association's (MPPOA) in St. Paul Minnesota and left an eighteen-second threatening message on MPPOA's voicemail.

6. On the voicemail, HARTNETT can be heard yelling: "Hey you and your whole fucking family are going to fucking die, you motherfucker, for representing Chauvin, a fucking murderer. Now, you all are going to fucking die a worse death than Floyd, you motherfucker. All of you piece of shits."

7. Media outlets have reported the MMPOA is funding the legal defense for Derek Chauvin. Additionally, MMPOA is also responsible for the physical security of Derek Chauvin's attorney, Eric Nelson.

8. The number dialed by HARNETT, (651) 291-1119, is a publicly available number for the MPPOA, and can be found online through a Google search.

9. The MPPOA identified HARTNETT as the maker of the call from the caller ID which listed the telephone number as (305) 753-3040.

10. On or about April 16, 2021, law enforcement conducted an interview of HARTNETT at his residence. During the interview, HARTNETT indicated he did not make any direct verbal threats via telephone to any organization. HARTNETT stated he called Eric Nelson to express his opinion and dislike towards Nelson for representing Derek Chauvin. HARTNETT believed he did not threaten anyone or a specific organization, instead he indicated that his call to Nelson was his expression of freedom of speech.

11. Law enforcement played the audio recording of the threatening message for HARNETT. When asked if the voice on the recording was his, HARTNETT acknowledged that

the voice on the call was his and that he recalled placing the call. HARTNETT denied making specific threats directly to anyone or to any specific organization. HARTNETT stated that he was merely expressing himself and had the right to express himself due to freedom of speech.

12. Defendant left the threatening message on MPPOA's voicemail with the intent to communicate a true threat or with the knowledge that it would be viewed as a true threat.

### Conclusion

13. Based on the above information, I respectfully submit that there is probable cause to believe that on or about April 6, 2021 from Miami, Florida, in the Southern District of Florida, and possibly elsewhere, WILLIAM JOHN HARTNETT, transmitted in interstate or foreign commerce communications containing threats to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

*FURTHER AFFIANT SAYETH NAUGHT.*

Sophak Thach, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone on this __24__ day of June, 2021.

HON. JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE